# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2006

Clifford W. Taylor,
Chief Justice

128516
(49)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BILAL CHAABAN,
      Defendant-Appellant.

SC: 128516
COA: 253513
Wayne CC: 03-008585-01

_____/

      On order of the Court, the motion for reconsideration of this Court's order of November 9, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously. If the defendant on retrial again requests to represent himself, the prosecutor may raise in the trial court any appropriate challenge to the defendant's request. See *People v Williams*, 470 Mich 634, 642 (2004).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2006

_____
Clerk

l0315